UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

C.H., ET AL.,

               Plaintiffs,

     - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION,

              Defendant.

24-cv-1594 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by August 2, 2024.

SO ORDERED.

Dated:    New York, New York
           July 18, 2024

                           John G. Koeltl
               United States District Judge